# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARK DANIEL CROWLEY                                                              PLAINTIFF
ADC #133058

v.                          No: 5:18-cv-00122 JM-PSH

MUSCLEWHITE, *et al.*                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Crowley's claims against the Doe defendant are dismissed.

DATED this 14th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE