IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK DANIEL CROWLEY                                                                    PLAINTIFF
ADC #133058

v.                              No: 5:18-cv-00122 JM-PSH

MUSSELWHITE, *et al.*                                                                 DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that defendants' Motion for Partial Summary Judgment is granted, and Crowley's claims against defendants James, Woods, Elliot, and Wade are dismissed without prejudice. Crowley's failure-to-protect claims against defendants Musselwhite, Budnik, Robertson, Nelson, and Smith remain; any other claims are dismissed without prejudice.

DATED this 8th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE