IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK DANIEL CROWLEY                                                              PLAINTIFF
ADC #133058

v.                              No: 5:18-cv-00122 JM-PSH

MUSSELWHITE, *et al.*                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that defendants' motion for summary judgment is granted in part and denied in part. Crowley's claims against defendants Musselwhite, Budnik, Robertson, and Nelson are dismissed with prejudice; Crowley's claims against defendant Smith arising from the February 8, 2018 attack are dismissed with prejudice; and Crowley's claims against defendant Smith in her personal capacity arising from the November 20, 2017, and the February 17, 2018 attacks will be set for trial.

DATED this 17th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE