IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARK DANIEL CROWLEY**                                                                 **PLAINTIFF**

v.                                    No: 5:18-cv-00122 JM

**GLORIA SMITH**                                                                          **DEFENDANTS**

## JUDGMENT

On oral motion of Plaintiff, this case is dismissed with prejudice. Judgment is entered in favor of Defendant.

IT IS SO ADJUDGED this 22nd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE